IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
| --- | --- | --- |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:06cr00327 SWW |
| | * | |
| | * | |
| VINCENT SHARNEE JOHNSON, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Defendant Vincent Sharnee Johnson's appeal [doc.#29] from the Magistrate Judge's order denying defendant's motion for appointed counsel to be relieved and new counsel appointed in his place is hereby denied.

IT IS SO ORDERED this 5th day of April 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE