**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                NO. 4:06CR00327-001 SWW

VINCENT SHARNEE JOHNSON

<u>ORDER</u>

Pending before the Court is the defendant's motion filed pursuant to 18 U.S.C. §4241 seeking a determination of his competency to stand trial. The government has no objection to defendant's motion and, after due consideration, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that defendant's motion is granted, and Vincent Sharnee Johnson shall be examined by a qualified psychiatrist or psychologist under the provisions of 18 U.S.C. §4241(a) and §4242(a), to determine whether he presently is mentally competent so as to be mentally capable of understanding the proceedings against him or to properly assist in his own defense, and to determine his competency at the time of the alleged act.

IT IS FURTHER ORDERED:

(1) That the United State Marshal transport the defendant from his place of confinement to the medical center designated where he will be placed in the custody of the Attorney General, or his authorized representative, for a period not to exceed forty-five (45) days for a psychiatric examination pursuant to 18 U.S.C. §4241(a) and §4242(a);

(2) That the medical center conducting such examinations file a

report stating the determination of defendant's mental status at the end of the time specified with this Court, and with copies for counsel pursuant to 18 U.S.C. §4247(b) and (c); and if found to be not competent, defendant shall remain at the medical center until the Court orders him to be returned to this district for further proceedings.

(3) That the trial of this matter which was set for May 7, 2007, hereby is continued to **Tuesday, November 13, 2007**, and the delay in commencing the trial occasioned by the psychiatric examination ordered herein shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(A).

IT IS SO ORDERED this 1st day of May, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE