# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                No.  4:06CR00327-001 SWW

VINCENT SHARNEE JOHNSON


## ORDER

        The trial of this defendant previously was scheduled for April 28, 2008, and was continued pending resolution of his *pro se* interlocutory appeal of this Court's order dismissing defendant's appeal of a ruling by Magistrate Judge J. Thomas Ray.  Defendant's appeal now has been resolved, and the Mandate issued on June 5, 2008.  Therefore, the trial of this matter will be rescheduled.

        IT IS THEREFORE ORDERED that the trial in the above matter is rescheduled for trial to a jury at *9:30 a.m. on MONDAY, JUNE 30, 2008.* Counsel are to be present **thirty minutes prior to trial time** and are directed to submit simultaneous  proposed voir dire questions and  jury instructions  **by June 24, 2008.** If possible, the Court requests counsel to provide the instructions saved as a WordPerfect document or Rich Text Format  file  attached  to  an  e-mail  addressed  to swwchambers@ared.uscourts.gov.  Please type the case name and number in the subject box.  Otherwise, the Court requests counsel to provide the instructions on a 3 ½" diskette, along with the written copy.

        DATED this 10th day of June, 2008.


                                /s/Susan Webber Wright
                                UNITED STATES DISTRICT JUDGE