# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                               4:06-CR-00327-01-SWW

VINCENT SHARNEE JOHNSON

## ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 170) is DENIED.

On September 25, 2008, Defendant pled guilty to armed bank robbery and brandishing a firearm during the bank robbery.[1] On August 25, 2009, he was sentenced to 272 months in prison.[2]

Defendant seeks compassionate release because of COVID-19 in prison. This is not an "extraordinary and compelling" reason to grant relief. Additionally, compassionate release is not warranted after consideration of the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense and to protect the public from further crimes by Defendant.

IT IS SO ORDERED, this 26th day of January, 2022.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 62, 63.

[2] Doc. Nos. 81, 85.